UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD MORRELL )<br>　　Plaintiff, )<br> )<br> )<br> )<br>v. )<br> )<br>ASSOCIATED RECOVERY SYSTEMS, INC )<br>　　Defendant ) | CIVIL ACTION<br><br><br><br><br><br><br><br>OCTOBER 27, 2011 |

## COMPLAINT

　　1.　This is a suit brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq*.

　　2.　Plaintiff, Edward Morrell, is a natural person residing in Guilford, Connecticut and is a consumer as defined by the FDCPA 15 U.S.C. § 1692a(3).

　　3.　The defendant, Associated Recovery Systems, Inc. ("ARS"), is a California corporation that is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

　　4.　Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331 and 1337.

　　5.　This Court has jurisdiction over ARS because it engages in debt collection within Connecticut.

　　6.　Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

7. In an attempt to collect on the aforementioned account, on or around May 23, 2011, ARS called Plaintiff's home and left a message; on that message, ARS failed to state that it was a communication from a debt collector and failed to state that it was an attempt to collect a debt.

8. In an attempt to collect on the aforementioned account, on or around May 28, 2011, ARS called Plaintiff's home and left a message; on that message, ARS failed to state that it was a communication from a debt collector and failed to state that it was an attempt to collect a debt.

9. In an attempt to collect on the aforementioned account, on or around June 7, 2011, ARS called Plaintiff's home and left a message; on that message, ARS failed to state that it was a communication from a debt collector and failed to state that it was an attempt to collect a debt.

10. In an attempt to collect on the aforementioned account, on or around June 23, 2011, ARS called Plaintiff's home and left a message; on that message, ARS failed to state that it was a communication from a debt collector and failed to state that it was an attempt to collect a debt.

11. ARS violated the FDCPA .

WHEREFORE, the Plaintiff seeks recovery of actual damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

        **PLAINTIFF, EDWARD MORRELL**

    By: /s/Daniel S. Blinn_____
       Daniel S. Blinn, Fed Bar No. ct02188
       dblinn@consumerlawgroup.com
       Consumer Law Group, LLC
       35 Cold Spring Rd., Suite 512
       Rocky Hill, CT  06067
       Tel. (860) 571-0408; Fax (860) 571-7457