**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **EDWARD MORRELL**         ) | **CIVIL ACTION NO.** |
|    Plaintiff,         ) | **3:11-cv-01670-JBA** |
|                    ) | |
| **v.**         ) | |
|                    ) | |
| **ASSOCIATED RECOVERY SYSTEMS, INC**         ) | |
|    Defendant         ) | **JANUARY 25, 2012** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Edward Morrell, through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                                             **PLAINTIFF, EDWARD MORRELL**

                                      By: /s/Daniel S. Blinn_____
                                          Daniel S. Blinn, Fed Bar No. ct02188
                                          dblinn@consumerlawgroup.com
                                          Consumer Law Group, LLC
                                          35 Cold Spring Rd., Suite 512
                                          Rocky Hill, CT  06067
                                          Tel. (860) 571-0408; Fax (860) 571-7457

2

## **CERTIFICATION**

I hereby certify that on this 25th day of January, 2012, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn

2